FILED
01 AUG -7 AM 8:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TACTICAL ENFORCEMENT POLICE, INC., a/k/a SECURITY TECHNICAL SERVICES, a/k/a HUNTER GUARD SERVICES,<br><br>    Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}  CASE NO. CV 00-B-2749-S<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

ENTERED
AUG 7 2001

## ORDER

This case is before the court on plaintiff's Motion to Dismiss Without Prejudice filed August 3, 2001. The Motion is **GRANTED**. The court hereby **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**.

DONE this _6th_ day of August, 2001.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
United States District Judge